1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DONALD M. BIRD,                              No. 2:16-cv-4552-GEB-CMK
12           Plaintiff,
13       vs.                                     ORDER
14  SKILLMAN, et al.,
15           Defendants.
16  _____/
17           Plaintiff, proceeding pro se, brings this civil action.  Pending before the court is
18  plaintiff's request for leave to proceed in forma pauperis (Doc. 2).  Plaintiff's complaint, and
19  service thereof by the United States Marshal if appropriate, will be addressed separately.  The
20  Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference
21  unless specifically directed by the court to do so.
22           Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that
23  plaintiff is unable to prepay fees and costs or give security therefor.
24  / / /
25  / / /
26  / / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

DATED: January 25, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2